UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **EDDIE CLARK AND BYRD MINTER** | **CIVIL ACTION NO. 11-2149** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JAY MARX, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs Eddie Clark and Byrd Minter's claims under 42 U.S.C. § 1973c are DISMISSED WITH PREJUDICE as MOOT.

IT IS FURTHER ORDERED that Plaintiffs' motion for preliminary injunction, contained in their Motion for an Expedited Hearing Schedule and Hearing to Issue Preliminary Injunctions and Remedial Orders [Doc. No. 2], is DENIED.

MONROE, LOUISIANA, this 9th day of January, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE